# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| Victor Manuel Ramos-Reymundo *Principal* | Mexico | |
| YOB: 1997 | | Case Number: |
| Ramiro Rodriguez-Peralta *Co-Principal* | Mexico | M-16-1499-M |
| YOB: 1988 | | |

United States District Court
Southern District of Texas
FILED
AUG 10 2016
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 8, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Maricela Emely Monroy-Rodriguez and Maria Luisa Galdamez, citizens and nationals of El Salvador, along with fifteen (15) other undocumented aliens, for a total of seventeen (17), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On August 3, 2016, Border Patrol Intelligence agents, I. Barrientos and R. Martinez were conducting surveillance on a known smuggler in Edinburg, Texas. Agents observed the man drive to 16907 Grapefruit Dr. in Edinburg, Texas, and back up his truck alongside the residence. Agents then observed several people exit the rear of the residence and board the truck. The known smuggler then departed the residence, but agents were unable to keep up with the vehicle, and lost him.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by [signature]
AUSA

Signature of Complainant

Derek Conrow    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 10, 2016                                at    McAllen, Texas
Date                                                  City and State

Nancy K. Johnson,     U. S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- /499 -M

**RE:** Victor Manuel Ramos-Reymundo
Ramiro Rodriguez-Peralta

**CONTINUATION:**

On August 8, 2016, Agents conducted surveillance on 16907 Grapefruit Dr. At approximately 5:30 pm, a gold Chevrolet Malibu departed the residence. HCSO conducted a vehicle stop on the Malibu for failure to maintain a single lane.

During the traffic stop, Agent Jose Cervantes approached the driver in order to determine alienage. The driver, identified as Victor Manuel RAMOS-Reymundo, admitted to being illegally present in the United States.

While securing RAMOS, an unidentified vehicle approached the scene. The driver of that vehicle identified herself as Maria C. Ramos, mother of Victor Manuel RAMOS-Reymundo. Maria C. RAMOS wanted to know why her son was being detained. After agents explained to her that her son was being arrested because he was illegally in the US, agents then asked about illegal aliens possibly be harbored at her residence at 16907 Grapefruit Dr. She told agents she knew nothing about illegal aliens, and granted them permission to enter her house and check.

As agents were receiving the written consent to enter Maria's house, Maria let agents know there was another structure behind her residence, but was unable to say whether or not there were illegal aliens in that structure.

Agents searched Maria's residence at 16097 Grapefruit, but did not find illegal aliens. They then knocked on the door to the structure behind Maria's residence. Someone opened the door, and agents noticed there were many people crammed into one room. Agents asked them to exit the house so they could speak to them. Thirteen people exited and all 13 admitted to being illegally in the United States. Some of the 13 asked to re-enter the residence to recover some personal property. When agents escorted them in, they found an additional 4 illegal aliens hiding inside.

Victor Manuel RAMOS-Reymundo and the 17 illegal aliens were transported to the Weslaco Border Patrol Station for processing.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1499 -M

**RE:** Victor Manuel Ramos-Reymundo
Ramiro Rodriguez-Peralta

**CONTINUATION:**

**PRINCIPALS' STATEMENTS:**

1- Victor Manuel RAMOS-Reymundo was read his Rights. RAMOS stated he was willing to provide a sworn statement without the presence of an attorney.

RAMOS was in possession of an Employment Authorization Card which has recently expired. He stated that a male known to him as Flaco Rodriguez approached him approximately one week ago and offered him a job harboring undocumented immigrants at his residence. RAMOS was shown a DHS photo lineup and positively identified Ramiro RODRIGUEZ-Peralta in a photo lineup as Flaco Rodriguez. RAMOS was paid $250.00 dollars by Flaco Rodriguez to harbor the subjects at his residence, and was to be paid an additional $500.00 dollars per month. RAMOS admitted to providing food and beverages to the illegal aliens. According to RAMOS, approximately 37 illegal aliens have been harbored at his residence within the past week.

Ramiro RODRIGUEZ-Peralta was not found on the property, but agents already knew where he was residing. On August 9, 2016, agents observed RODRIGUEZ leaving his house in Mission, Texas. Alton PD conducted a vehicle stop on his F150 for obstructed/fictitious plates. Agents then arrived on scene and arrested RODRIGUEZ for being in the United States illegally.

2- RODRIGUEZ was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

RODRIGUEZ, a citizen of Mexico, was offered a job transporting illegal aliens. According to RODRIGUEZ, he was paid $30 per person that he transported. Recently, RODRIGUEZ has started delivering food and water to the aliens at the stash house. RODRIGUEZ claimed the last time he delivered food was to a house near Monte Cristo Rd. He stated a lady and her son, Victor, lived there. RODRIGUEZ told agents a friend of his called him and told him the house had been hit by law enforcement, so he already knew why he was being arrested.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1499 -M

**RE:** Victor Manuel Ramos-Reymundo
Ramiro Rodriguez-Peralta

**CONTINUATION:**

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Maricela Emely Monroy-Rodriguez, a citizen of El Salvador, claimed she was charged $12,000 (USD) to be smuggled into the United States. After illegally crossing the river, she was transferred to several different cars, ultimately a black truck driven by a man she identified in a photo lineup as Ramiro RODRIGUEZ-Peralta. RODRIGUEZ transported her to the house where she was apprehended. Monroy stated RODRIGUEZ was the person in charge of the stash house; he wrote her name in a book, and told them he would bring food. He also took their cell phones away. Monroy told agents another male would show up at the house and take requests for food, and he asked for money to purchase the food. Monroy identified the other male in a photo lineup as Victor Manuel RAMOS-Reymundo. She stated she gave RAMOS $5.00 to buy her a coke and chips. Monroy told agents the house was very hot and there was no restroom. The people staying there had to urinate in a bucket in front of everyone, and the bucket was not emptied until it was full. She stated RODRIGUEZ threatened all of them with dismemberment if they did not pay the fee he wanted.

**2-** Maria Luisa Galdamez, a citizen of El Salvador, claimed she was charged to be smuggled into the United States. After illegally crossing the river, she was transferred to several different vehicles, and was finally picked up by a driver who told her she belonged to a man known as Colitas. Galdamez identified Colitas as Ramiro RODRIGUEZ-Peralta, who was in charge of the house where she was arrested. RODRIGUEZ threatened to cut off feet and fingers if the smuggled aliens' families didn't pay the required fee. A second male would bring food to them and would allow them to use the restroom in the main house. Galdamez identified Victor Manuel RAMOS-Reymundo in a photo lineup as the second man. Galdamez told agents the smuggled aliens were forced to urinate in a bucket, and defecate in a plastic bag. When the bucket and bag were full, they were set aside with the trash inside the room.